

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida, Jacksonville Division**

| | |
|---|---|
| IN RE:  CECIL R BRADY | Case Number:  09-00453 |
| 0 | Claim Number: 28 |
| Debtor(s) | |

NOTICE OF CHANGE OF ADDRESS

The undersigned hereby gives Notice of Change of Address for Trustee Payments on the above-filed claim(s) and submits the following information:

Name and Previous Trustee payment address of Claimant:     CitiMortgage, Inc.
                                                           PO Box 6941
                                                           The Lakes, NV  88901

Name and New Trustee payment address of Claimant:          CitiMortgage, Inc.
                                                           PO Box 688971
                                                           Des Moines, IA 50368-8971


This the 7th Day of October, 2011.


/s/ Chinwendu Echeblem
Signature

Bankruptcy Specialist
866-613-5636, option 2

_